David Stevens
LAW FIRM OF STEVENS AND LEE, PLLC
PO Box 7550
Spokane WA 99207
(509) 634-1004
David_Stevens@davidstevens.org

Attorney for Anthony Bosworth

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON
(HONORABLE JOHN T. RODGERS)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ANTHONY BOSWORTH, <br><br> Defendant. | Case NO: 2:15-PO-0038-JTR <br><br> Defendant's Objections to Findings of Fact and Conclusions of Law |

COMES NOW, Anthony Bosworth, by and through his attorney David Stevens, and hereby objects to the following Findings of Fact and Conclusions of Law.

## FINDINGS OF FACT

6. The sole reason cited to Mr. Bosworth for leaving the plaza was 18 U.S.C. § 930 (930). He was not asked to leave or remove his firearms. He was only asked to leave.

Defendant's Objections to Findings of Fact
and Conclusions of Law
Page 1 of 3

Law Firm of Stevens and Lee, PLLC
P.O. Box 7550
Spokane, WA 99207
(509) 634-1004
David_Stevens@davidstevens.org

8. Mr. Bosworth was in the process of leaving the plaza when he was arrested. He had not been told to leave. He had been asked to leave.

9. Mr. Bosworth was arrested for a violation of 18 U.S.C. § 930(a) and was held for several hours and then cited for a violation of 41 C.F.R. § 102-74.385 which is punishable by up to 30 days imprisonment pursuant to 40 U.S.C. § 1315(c)(2).

## CONCLUSIONS OF LAW

2. There was no evidence introduced that the Plaza is a place "where Federal employees are regularly present for the purpose of performing their official duties." 18 U.S.C. § 930(g)(1). The evidence showed that plaza was "traversed by Federal employs coming to and from work in the courthouse, and [that] it also the roof of the employees' parking garage." See Finding of Fact 2.

3. Mr. Bosworth was therefore not in or upon a Federal Facility.

5. Establishing a violation of 18 U.S.C. § 930(a) requires actual notice that firearms are prohibited and that there are conspicuous sings announcing the prohibition.

6. Conspicuous signs are necessary or actual notice that there are signs required pursuant to 18 U.S.C. 930(h) are necessary for a violation of 18 U.S.C. § 930. See *United States v. Lunstedt*, 997 F.2d 665 (1993) cited in *United States v. Bichsel*, 395 F.3d 1053). Because there were no signs, Mr. Bosworth could not have been in violation of 930.

Defendant's Objections to Findings of Fact
and Conclusions of Law
Page 2 of 3

Law Firm of Stevens and Lee, PLLC
P.O. Box 7550
Spokane, WA 99207
(509) 634-1004
David_Stevens@davidstevens.org

7. Because Mr. Bosworth was not in violation of 18 U.S.C. § 930(a), the officer's order to depart was an unlawful order.

8. Mr. Bosworth is not guilty of violating 41 C.F.R § 102-74.385 because conspicuous signs prohibiting firearms are not in the plaza

Dated this 2nd day of November, 2015.

Respectfully submitted,

/s/David Stevens
David Stevens, WSBA# 298389
Attorney for Defendant Anthony Bosworth
E-mail: David_Stevens@davidstevens.org
Telephone: (509) 634-1004

## CERTIFICATE OF SERVICE

I certify that on Monday, November 02, 2015, I electronically filed the above with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Assistant United States Attorney assigned to this matter.

/s/David Stevens
David Stevens, WSBA# 298389
Attorney for Anthony Bosworth
Law Firm of Stevens and Lee, PLLC
PO Box 7550
Spokane, WA 99207
E-mail: David_Stevens@davidstevens.org
Telephone: (509) 634-1004

Defendant's Objections to Findings of Fact
and Conclusions of Law
Page 3 of 3

Law Firm of Stevens and Lee, PLLC
P.O. Box 7550
Spokane, WA 99207
(509) 634-1004
David_Stevens@davidstevens.org