MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
Matthew F. Duggan
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                    Plaintiff,

      vs.

ANTHONY P. BOSWORTH,

                 Defendant.

No. 2:15-00038-JTR-1

United States' Sentencing Memorandum Notice of Review of Presentence Report

      Plaintiff, United States of America, by and through Michael C. Ormsby, United States Attorney for the Eastern District of Washington, and Matthew F. Duggan, Assistant United States Attorney for the Eastern District of Washington, submits the following Sentencing Memorandum and Review of Presentence Investigation Report (PSIR):

      The United States has reviewed the PSIR prepared by United States Probation Officer Cassie Lerch and filed on November 25, 2015 (ECF No. 37) and has determined, based upon information that is presently available, that the PSIR is factually complete and accurate.

## I.    Maximum Statutory Penalties

      The United States agrees with the PSIR that the Sentencing Guidelines do not apply to this matter. Accordingly, the maximum statutory

United States' Sentencing Memorandum - 1
P51202JJ.MFD.Bosworth.Notice.docx

penalties for this offense are 30 days imprisonment, a $5,000 fine, or both, and up to 5 years probation, and a $5 special assessment fee. Although not referenced in the PSIR a $25 Central Violations Bureau processing fee also applies.

## II.    Recommended Sentence

The United States has considered the characteristics of the crime and the Defendant and anticipates that it will recommend a two-year term of probation and a $500 fine. This sentence will promote respect for the law and cover the costs of prosecution. Additionally, the term of probation will effectively leave the matter open for a sentencing hearing upon any violation of the terms of probation.

The United States presently does not intend to call any witnesses at the sentencing hearing. The United States presently has no plans to introduce any exhibits at the sentencing hearing.

The United States reserves the right to respond to any statement of the Defendant in regard to the presentence investigation, and recommended sentence.


Dated: December 2, 2015

MICHAEL C. ORSMBY
United States Attorney


*s/ Matthew F. Duggan*
Matthew F. Duggan
Assistant United States Attorney

United States' Sentencing Memorandum - 2
P51202JJ.MFD.Bosworth.Notice.docx

# CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David Louis Stevens
Colville Confederated Tribes
P.O. Box 150
Nespelem, WA  99155

*s/ Matthew F. Duggan*
Matthew F. Duggan
Assistant United States Attorney

United States' Sentencing Memorandum - 3
P51202JJ.MFD.Bosworth.Notice.docx