AO 245H   (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1   Revised by WAED - 02/11

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| v. | (For a Petty Offense) — Short Form |
| ANTHONY P. BOSWORTH | Case No.   2:15-PO-0038-JTR-1 |
| | USM No. |
| | David Louis Stevens |
| | Defendant's Attorney |

*FILED IN THE
EASTERN U.S. DISTRICT COURT
DISTRICT OF WASHINGTON
DEC - 2 2015
SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON*

**THE DEFENDANT:**

☐ **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 41 CFR 102-74.385 and 41 CFR 102-74.450 | Failure to Comply | 02/25/2015 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment/Processing Fee | Fine |
|---|---|---|
| Total: | $ 30.00 | $ 220.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 0157

Defendant's Year of Birth: 1973

City and State of Defendant's Residence:
Yakima, WA

12/02/2015
Date of Imposition of Judgment

*/s/ signature*
Signature of Judge

John T. Rodgers   Magistrate Judge, U.S. District Court
Name and Title of Judge

12-2-15
Date